**CLOSED, PHV**

**05 CV 1316**

**JUDGE GRIESA**

U.S. District Court
Western District of Missouri (Jefferson City)
CIVIL DOCKET FOR CASE #: 2:04-cv-04109-SOW
Internal Use Only

Krueger et al v. Neuberger Berman Management, Inc. et al
Assigned to: District Judge Scott O. Wright
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 05/24/2004
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Keith Krueger**         represented by    **Audrey B. Rauchway**
403 East Madison Street
Suite 400
Tampa, FL 33602
813-225-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Becky Ferrell-Anton**
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Stree
Suite 400
Tampa, FL 33602
(813) 225-2500
Fax: (813) 223-7118
Email: beckyf@jpfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Guy M. Burns**
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street
Suite 400
Tampa, FL 33602
(813) 225-2500
Fax: (813) 223-7118
Email: guyb@jpfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Bradley**
Richardson, Patrick, Westbrook &
Brickman, LLC
174 East Bay Street
Suite 100
Charleston, SC 29401
(843)727-6500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John O'Connor**
Brown & Dunn, P.C.
911 Main Street
Suite 2300
Kansas City, MO 64105
(816) 292-7000
Fax: (816) 292-7050
Email: joconnor@browndunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Coleman**
Johnson, Pope, Bokor, Ruppel & Burns,
LLP
403 East Madison
Suite 400
Tampa, FL 33602
(813) 225-2500
Fax: (813) 223-7118
Email: jonathanc@jpfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Brickman**
Richardson, Patrick, Westbrook &
Brickman LLC
174 East Bay Street
Suite 100
Charleston, SC 29401
(843) 727-6500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina H Fields**
Richardson, Patrick, Westbrook &
Brickman, LLC
174 East Bay Street
Suite 100

Charleston, SC 29401
(843) 727-6500
Fax: (843) 727-3103
Email: nfields@rpwb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wm Dirk Vandever**
The Popham Law Firm, PC
323 W. 8th Street
Suite 200
Kansas City, MO 64105
(816)221-2288
Fax: (816) 221-3999
Email: cwagner@pophamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gene P. Graham, Jr.**
White, Allinder, Graham & Buckley, LLC
19049 East Valley View Parkway
Suite C
Independence, MO 64055
(816) 373-9080
Fax: (816) 363-9319
Email: ggraham@wagblaw.com
*ATTORNEY TO BE NOTICED*

**Steven W White**
White, Allinder, Graham & Buckley, LLC
19049 East Valley View Parkway
Suite C
Independence, MO 64055
(816) 373-9080
Fax: (816) 373-9319
Email: swhite@wagblaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy Brever**    represented by    **Audrey B. Rauchway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Becky Ferrell-Anton**
(See above for address)