*Case Closed* — GRIESA, S.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KEITH KRUEGER, and RANDY BREVER,

    Plaintiffs,

v.

NEUBERGER BERMAN MANAGEMENT INC., and NEUBERGER BERMAN, LLC,

    Defendants.

Case No. 1:05-CV-01316-TPG

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/05
```

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, by their undersigned counsel, hereby stipulate to the dismissal of all claims in this action against Defendants, Neuberger Berman Management Inc. and Neuberger Berman LLC, with prejudice.

Defendants further stipulate that they will not seek costs, attorney fees, or sanctions against Plaintiffs for their joinder in the case.

Dated: May 17, 2005

Respectfully submitted by,

**PLAINTIFFS**
By their attorneys,

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
Audrey B. Rauchway
JOHNSON, POPE BOKOR RUPPEL & BURNS, LLP
403 East Madison Street, Suite 400
Tampa, FL 33602
(813) 225-2500

**DEFENDANTS**
By their attorneys,

James N. Benedict
Stacey J. Rappaport
C. Neil Gray
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN LLC
174 East Bay Street
Charleston, SC 29401
(843) 727-6500

Gene P. Graham
WHITE ALLINDER GRAHAM &
BUCKLEY, LLC.
19049 E. Valley View Pkwy, Suite C
Independence, MO 64055
(816) 373-9080

Wm. Dirk Vandever
THE POPHAM LAW FIRM, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288

SO ORDERED this 19th day of May, 2005:

_____
United States District Judge

2

CERTIFICATE OF SERVICE

I hereby certify that on __May 17, 2005__ I filed the foregoing with the United States District Court for the Southern District of New York by sending a copy of the same via electronic mail to:

orders_and_judgments@nysd.uscourts.gov

and I hereby certify that I have served a copy upon opposing counsel by mailing a copy of the same by United States Postal Service to:

> Guy M. Burns
> Jonathan S. Coleman
> Becky Ferrell-Anton
> Audrey B. Rauchway
> Johnson, Pope, Bokor, Ruppel & Burns, LLP
> Northern Trust Bank Building
> 403 E. Madison St., Ste. 400
> Tampa, FL 33602
>
> Michael J. Brickman
> James C. Bradley
> Nina H. Fields
> Richardson, Patrick, Westbrook & Brickman, LLC
> 174 E. Bay St., Ste. 100
> Charleston SC 29401
>
> Gene P. Graham, Jr.
> White, Allinder, Graham & Buckley, LLC
> 19049 E. Valley View Pkwy., Ste. C
> Independence, MO 64055
>
> Wm. Dirk Vandever
> The Popham Law Firm, PC
> 323 W. 8th St., Ste. 200
> Kansas City, MO 64105

/s/ C. Neil Gray